IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CANDUS LEE SPENCER                                                            PLAINTIFF

v.                            CASE NO. 5:22-CV-5021

ROBERT RAY SPENCER and
ROBERT SHAWN SPENCER                                                          DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 6) from United States Magistrate Judge Christy Comstock. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court dismiss this action without prejudice for failure to comply with the Court's Local Rules and Orders and failure to prosecute. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this April 26, 2022.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE